IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JOHNSTOWN DIVISION

| | |
|---|---|
| CHRISTA JENKINS,<br><br>      Plaintiff,<br><br>      vs.<br><br>PENNSYLVANIA LIQUOR CONTROL BOARD, DEANNA BILLINGS-COTTON, CARMEN BANNER, BRYNN MCGARVEY, JENNIFER HAAS,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.:<br>3:23-CV-00180-CBB<br><br>Christopher B. Brown<br>United States Magistrate Judge |

**ORDER**
**ON ECF No. 50**

AND NOW, this 11th day of March, 2026, upon consideration of Defendants' partial motion for summary judgment ECF No. 50, it is HEREBY ORDERED that the motion is dismissed without prejudice to refile consistent with this decision.

IT IS FURTHER ORDERED that Jenkins shall submit a notice to the Court by **March 18, 2026** outlining the statutory authority and elements of her remaining causes of action for her ADA, FMLA and CARES Act claims, or may instead withdraw any of these claims. If Jenkins fails to do so, the Court will enter judgment in Defendants' favor for failing to identify a substantive basis for these claims and/or for lack of subject matter jurisdiction.

IT IS FURTHER ORDERED that Defendants may resubmit their motion for summary judgment with the appropriate legal authority addressing whether they

are entitled to immunity from liability for each of Jenkins's remaining claims by **April 1, 2026**.  Jenkins shall respond by **April 22, 2026**.  Should Defendants fail to submit a supplemental motion and brief, their original motion for summary judgment will be summarily denied and this case will proceed to trial.

DATED this 11th day of March, 2026.

BY THE COURT:

s/Christopher B. Brown
United States Magistrate Judge